UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIAN VAUGHN ] | |
|     Plaintiff, ] | |
| ] | GENERAL DOCKET |
| v. ] | No. 3:10-mc-0063 |
| ] | Judge Trauger |
| JEFF LONG, et al. ] | |
|     Defendants. ] | |

**O R D E R**

On April 23, 2010, an order (Docket Entry No.2) was entered directing the plaintiff to either pay the fee required to file his complaint or submit a "properly completed and signed" application to proceed in forma pauperis.

The plaintiff has responded to the order by submitting an application to proceed in forma pauperis (Docket Entry No.5). Unfortunately, the petitioner has neglected to sign the application. As a consequence, the Court can not yet rule upon the merits of the application. *See* Rule 11(a), Fed. R. Civ. P. (an unsigned pleading shall be stricken unless omission of the signature is corrected promptly).

Accordingly, the Clerk is directed to return the plaintiff's unsigned application to him. The plaintiff shall sign the application and resubmit it to the Clerk's Office within fourteen (14) days of its receipt. The plaintiff is forewarned that, should

he fail to comply with the instructions of the Court in a timely manner, this action may be dismissed for failure to comply and for want of prosecution.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge